UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

**February 08, 2017**

David J. Bradley, Clerk

| | | |
|---|---|---|
| JAMES R. RICHARDS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION H-15-3075 |
| | § | |
| MARSHA MCLANE, | § | |
| | § | |
| Respondent. | § | |

## Order of Adoption

On November 15, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (17). Richards filed objections (18), to which the government responded (20). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Richards's petition for writ of habeas corpus is denied with prejudice.

Signed _____O2 · O8_____, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge